**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kelly Marie Larson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9033<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–34164–ABA | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kelly Marie Larson

2/8/24                                                                                   **By the court:** Andrew B. Altenburg Jr.
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 18-34164-ABA

Kelly Marie Larson                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Marie Larson, 2 Juniper Road, Millville, NJ 08332-7264 |
| 517912724 | + | Capital One Auto Finance; CB Disputes Te, P. O. Box 259407, Plano, Texas 75025-9407 |
| 517912730 | | Ditech - Bankruptcy Notices, P. O. Box 6154, Rapid City, SD 57709-6154 |
| 518031652 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517914552 | + | Richard Thurman, 3 Vilms St., Bridgeton, NJ 08302-2652 |
| 517912733 | + | Sequenom Center for Molecular, ATTN: Credit Collection Service, P. O. Box 447, Norwood, MA 02062-0447 |
| 517913194 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518028981 | | EDI: ATLASACQU | Feb 09 2024 01:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 517912722 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 21:05:58 | CACH LLC, c/o Resurgent Capital Services, P. O. Box 1269, Greenville, SC 29602-1269 |
| 517959350 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 21:05:30 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944249 | + | EDI: COMCASTCBLCENT | Feb 09 2024 01:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517912723 | + | EDI: CAPONEAUTO.COM | Feb 09 2024 01:37:00 | Capital One Auto Finance, CB Disputes Team, P. O. Box 259407, Plano, TX 75025-9407 |
| 517919759 | + | EDI: AISACG.COM | Feb 09 2024 01:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517928265 | + | EDI: AISACG.COM | Feb 09 2024 01:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517944307 | | EDI: CAPITALONE.COM | Feb 09 2024 01:37:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517912725 | | EDI: CAPITALONE.COM | Feb 09 2024 01:37:00 | Capital One Bank (USA), N.A., POB 71083, Charlotte, North Carolina 28272-1083 |
| 517912726 | + | EDI: COMCASTCBLCENT | Feb 09 2024 01:37:00 | Comcast, 1701 JFK Boulevard, Philadelphia, Pennsylvania 19103-2899 |
| 517912727 | | EDI: WFNNB.COM | Feb 09 2024 01:37:00 | Comenity Bank/Peeples, POB 182789, Columbus, Ohio 43218-2789 |
| 517912728 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 18-34164-ABA   Doc 40   Filed 02/10/24   Entered 02/11/24 00:16:40   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2024 21:05:37 | Credit One Bank, POB 98873, Las Vegas, Nevada 89193-8873 |
| 517912729 | + | EDI: MAXMSAIDV | Feb 09 2024 01:37:00 | Dept.of Ed/Navient, POB 9635, Wilkes Barre, Pennsylvania 18773-9635 |
| 517912731 | + | EDI: PHINGENESIS | Feb 09 2024 01:37:00 | Genesis Bankcard Service, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 517912732 | | EDI: JEFFERSONCAP.COM | Feb 09 2024 01:37:00 | Jefferson Capital System, 16 MCLeland Rd, St. Cloud, MN 56303 |
| 518005449 | | EDI: JEFFERSONCAP.COM | Feb 09 2024 01:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518034079 | | EDI: MAXMSAIDV | Feb 09 2024 01:37:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518656413 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 20:56:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518656412 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 20:56:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518015324 | | EDI: PRA.COM | Feb 09 2024 01:37:00 | Portfolio Recovery Associates, LLC, c/o Peebles, POB 41067, Norfolk VA 23541 |
| 517912734 | + | EDI: SYNC | Feb 09 2024 01:37:00 | SYNCB/Care Credit, POB 965036, Orlando, Florida 32896-5036 |
| 519513732 | + | Email/Text: bkteam@selenefinance.com | Feb 08 2024 20:56:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 517912735 | + | EDI: VERIZONCOMB.COM | Feb 09 2024 01:37:00 | Verizon Wireless, POB 26055, Minneapolis, Minnesota 55426-0055 |
| 517912736 | | EDI: BLUESTEM | Feb 09 2024 01:37:00 | Web Bank/Fingerhut, POB 166, Newark, New Jersey 07101-0166 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170 |
| 519513733 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Kelly Marie Larson bkdruziako@aol.com |

TOTAL: 9